STEENBERGH et al., Appellants, v. ING-MIRE, Respondent, et al. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by George W. Steenbergh, as executor, and Sarah F. Webster individually and as executrix, etc., of Elizabeth Campbell, deceased, against Fred A. Ingmire, impleaded with others. No opinion. Order affirmed, without costs.

STERN v. LINDARS. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Monroe E. Stern against Fred W. Lindars. No opinion. Application denied, with $10 costs. Order signed.

STERNBERGER, Appellant, v. PERLMUTTER, Respondent. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Augusta A. Sternberger against Bernard Perlmutter. D. A. Levien, for appellant. M. A. Lesser, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 134 N. Y. Supp. 1147.

STICKLIN, Appellant, v. PORTER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by William F. Sticklin against Nelson T. Porter and another.
PER CURIAM. Order modified, by striking therefrom as follows: "Costs before notice of trial, $10, in the costs as taxed to each defendant"—and, as so modified, affirmed, without costs in this court, except printing disbursements to both defendants.

STOKES, Appellant, v. STAPLES, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Emma M. Stokes against Hartwell Staples. F. D. Dowley, for appellant. C. L. Hoffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STOTT v. SIMONETTI et al. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by David Stott against Luigia Simonetti and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

STOTT v. SIMONETTI et al. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by David Stott against Luigia Simonetti and others. No opinion. Motion to dismiss appeal granted, without costs.

STOWELL, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Herschel D. Stowell against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs. Leave to appeal to Court of Appeals denied, infra.

STOWELL, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Herschel D. Stowell against the Pennsylvania Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see supra.

SUTERIUS v. SCHELL et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Elizabeth Suterius against Richard D. Schell and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SUTPHEN, Appellant, v. UNITED STATES TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Francis M. Sutphen against the United States Trust Company, individually, etc. W. H. Hamilton, for appellant. R. Thorne, for respondent.
PER CURIAM. Judgment and order modified, as stated in order, and, as modified, affirmed, with costs to respondent, on opinion on former appeal (142 App. Div. 823, 127 N. Y. Supp. 537). Order filed.
SCOTT, J., dissents.

SUTTON, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by McWalter B. Sutton against William E. Butler.
PER CURIAM. Interlocutory judgment (74 Misc. Rep. 251, 133 N. Y. Supp. 936) affirmed, with costs, with the right to plaintiff to serve an amended complaint, upon payment of the costs included in the interlocutory judgment and of this appeal, within 20 days after entry of judgment of affirmance.

SUTTON, Respondent, v. HOOPER, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Charles M. Sutton against George K. Hooper. W. H. Ford, for appellant. W. R. Hill, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TANNATT, Respondent, v. HAINES, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Thomas B. Tannatt against Samuel Haines.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that reversible error was committed upon the trial by receiving in evidence, first, the alleged newspaper interview with defendant; second, the subsequent transaction between the parties as to the fourth car of apples; third, the proof in relation to the alleged statute law of the state of Washington relating to commission merchants.
McLENNAN, P. J., dissents.